UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEVELL H. DOUGHTY     CIVIL ACTION

VERSUS

17-1377-SDD-EWD

JAMES LEBLANC, ET AL.

### RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 28, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss*[3] is GRANTED IN PART and DENIED IN PART. Specifically,

**IT IS ORDERED** that the *Motion to Dismiss* be DENIED as to the § 1983 claims against Defendants Dr. Preety Singh, Nurse Wanda Dupuy, and Nurse Elizabeth Britton in their individual capacities.

**IT IS FURTHER ORDERED** that the *Motion to Dismiss* be GRANTED: (1) dismissing all § 1983 claims brought against all Defendants in their official capacities with

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 32.
[3] Rec. Doc. 10.

prejudice; and (2) dismissing the § 1983 claims against Defendants Dr. Raman Singh and Secretary James LeBlanc in their individual capacities without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff is hereby granted a period of twenty-one (21) days from the date of this *Ruling* to file a *Motion to Amend his Complaint* to address the deficiencies noted herein with regard to the individual capacity claims against Dr. Raman Singh and Secretary James LeBlanc.

Signed in Baton Rouge, Louisiana on September 18, 2018.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA