UNITED STATE DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEVELL H. DOUGHTY
DOC# 95150

CIVIL ACTION#  3:17-01377

VERSUS

JUDGE:  SHELLY D. DICK

JAMES LEBLANC, INDIVIDUALLY
DR. RAMAN SINGH, INDIVIDUALLY
DR. PREETY SINGH, INDIVIDUALLY
NURSE WANDA DUPUY, INDIVIDUALLY
NURSE ELIZABETH BRITTON,
INDIVIDUALLY

MAG:  ERIN WILDER-DOOMES

### ORDER

**CONSIDERING** the foregoing,

**IT IS ORDERED** that all claims and demands by Plaintiff against James Leblanc, Individually, Dr. Raman Singh, Individually, Dr. Preety Singh, Individually, Nurse Wanda Dupuy, Individually, and Nurse Elizabeth Britton, Individually, be dismissed with prejudice, each party bearing its own costs.

**IT IS FURTHER ORDERED** that all pending motions are DENIED as moot.

Baton Rouge, Louisiana, this 23 day of July, 2019.

_____
JUDGE

JURY