## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LEVELL H. DOUGHTY** | : | **CIVIL ACTION** |
| | : | **NO. 17-1377** |
| **VERSUS** | | |
| | : | **JUDGE SHELLY D. DICK** |
| **JAMES LEBLANC, ET AL** | : | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF MOTION TO RETAIN DOCUMENTS UNDER SEAL

**MAY IT PLEASE THE COURT:**

The moving parties, Defendants, Secretary James LeBlanc, Dr. Raman Singh, Dr. Preety Singh, Wanda Dupuy, and Elizabeth Britton, respectfully urge this Honorable Court for all documents filed under seal in this suit be maintained under seal, as said documents are not public records, and are confidential autopsy records of deceased persons. As such, in the interest of protecting the privacy of those persons, defendants respectfully request that records previously filed under seal in this suit be maintained under seal.

**WHEREFORE**, defendants respectfully request that all records filed in this suit under seal be maintained under seal.

                    Respectfully submitted,

                    **JEFF LANDRY**
                    **ATTORNEY GENERAL**

BY:   */s/ Jeffery A. "Beau" Wheeler, II*
        Jeffery A. "Beau" Wheeler, II (#37546)
        Assistant Attorney General
        Louisiana Department of Justice
        Litigation Division, Civil Rights Section

1885 North Third Street, 4th Floor
Post Office Box 94005
Baton Rouge, Louisiana (70804-9005)
Telephone:     225-326-6300
Facsimile:     225-326-6495
E-mail:     WheelerJ@ag.louisiana.gov
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 26th day of July 2019, I electronically filed the foregoing using the court's CM/ECF System. Notice of this filling will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system to.

**Levell Doughty**
Through his Counsels of Record:

Joseph J. Long (# 25968)
Attorney At Law
251 Florida Street, Suite 308
Baton Rouge, Louisiana 70801
(225) 343-7288 telephone
(225) 267-5664 facsimile
Email: josephjlong@juno.com

Carmen T. Hebert (# 33179)
Carleton Loraso & Hebert, LLC
445 North Blvd., Ste. 625
Baton Rouge, LA 70802
(225) 282-0602 telephone
(877) 443-9889 facsimile
Email: chebert@clandh.com

John R. Whaley (# 25930)
Whaley Law Firm
3112 Valley Creek Drive, Suite D
Baton Rouge , LA  70808
225-302-8810
Fax: 225-302-8814
Email: jrwhaley@whaleylaw.com

_____/s/ Jeffery A. "Beau" Wheeler, II_____
Jeffery A. "Beau" Wheeler, II (#37546)
Assistant Attorney General